℠AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

FILED
CLERK, U.S. DISTRICT COURT

OCT 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

### Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For a Petty Offense) — Short Form |
| ROBERT WAYNE GIBSON, JR. | Case No.    CR 14-490-LAL |
| | USM No. |

JOHN HANUSZ, DFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)          1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 844 | SIMPLE POSSESSION OF MARIJUANA | 04/23/2014 | 1 |

☐   Count(s)  _____  ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** | Processing Fee |
|---|---|---|---|
| **Total:** $175.00 | $ 50.00 | $ 125.00 | $25.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  9638

Defendant's Year of Birth:    1965

City and State of Defendant's Residence:
SANTA MARIA, CA

10/17/2014
_____
Date of Imposition of Judgment

_Louise A. LaMothe_
_____
Signature of Judge

LOUISE A. LA MOTHE,              US MAGISTRATE
_____
Name and Title of Judge

10/17/2014
_____
Date

AO 245H  (Rev. 12/07) Judgment in a Criminal Case Personal Identification Attachment

DEFENDANT:  ROBERT WAYNE GIBSON, JR.

CASE NUMBER:  CR 14-490-LAL

DISTRICT:       Central District of California

## Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:          9638

Defendant's Date of Birth:          1965

Defendant's Residential Address:

SANTA MARIA, CA 93455

Defendant's Mailing Address:     SAME AS ABOVE
*(if different)*